IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SEAN KENDRICK,

                                                                                           ORDER

Petitioner,

                                                                                          05-C-292-jcs

    v.

JODINE DEPPISCH,

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     Because Judge Shabaz will be convalescing from shoulder surgery for an extended period, I have assumed administration of the cases preciously assigned to him, including this one. On July 1, 2005 Judge Shabaz dismissed petitioner's petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2254 because the court lacked jurisdiction to address the petition. Petitioner was neither confined nor convicted in this district.

     Now before the court is a request from petitioner to refund "[his] filing fee of $350.00." First, petitioner did not pay a $350.00 fee for filing his petition for a writ of habeas corpus. He paid $5.00. (A copy of the receipt in petitioner's case is enclosed to petitioner with a copy of this order,) Second, even though petitioner's petition was dismissed, he is not entitled to the return of his filing fee. As the name suggests, that fee is

1

for filing the case.

## ORDER

IT IS ORDERED that petitioner's request for a refund of his filing fee is DENIED,

Entered this 18th day of March, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge